476 A.2d 94

Kuhn v. Giannamore, Appellant.

Submitted March 23, 1984.  Joseph F. Gianna-more, appellant, in propria persona;  Joseph M. Walsh, Jr., for appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Order affirmed.

476 A.2d 95

Macialek, et al., Appellants, v. Hartford Ins., et al.

Submitted March 8, 1984.  James K. Thomas, II, for appellants;  Dennis O. Reiter, for appellees.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

Judgment reversed and case remanded for further proceedings.  Jurisdiction relinquished.